UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　v.<br>MONICA COBBINS,<br>　　　　　Defendant. | Case Nos. 15-cr-00010-SI-1<br>　　　　　　18-cv-00643-SI<br>**JUDGMENT** |

Pursuant to the Order signed today GRANTING the motion to vacate, set aside, or correct the sentence pursuant to 28 U.S.C. § 2255. Judgment is entered accordingly; see also Dkt. No. 470.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: November 5, 2018

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　United States District Judge